## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO<br>3171 Sudbury Road<br>Cameron Park, CA 95682<br><br>          Plaintiff,<br>v.<br><br>DIRK KEMPTHORNE,<br>Secretary of the Interior<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-01503 (RJL)<br>)  (ECF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendant, in the above-captioned case.

                                    Respectfully submitted,

                                    /s/

                                  MERCEDEH MOMENI
                                Assistant United States Attorney
                                555 4th Street, NW
                                Washington, DC 20530
                                (202) 305-4851
                                (202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of September, 2006, I caused the foregoing Praecipe to be served on Plaintiff's Attorney, **Myrrel C. Hendricks, Jr.**, via Electronic Case Filing (ECF).

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851