IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO, <br><br> Plaintiff, <br><br> v. <br><br> DIRK KEMPTHORNE <br> Secretary of the Interior, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 06-1503 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PROOF OF SERVICE

I HEREBY CERTIFY that a copy of the Summons and Complaint in the above-captioned case was served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure on the 1st day of September, 2006, via certified mail, return receipt requested, upon Defendant, as follows:

> The Honorable Dirk Kempthorne
> Secretary of Interior
> U.S. Department of Interior
> 1849 C Street, N.W.
> Washington, DC  20240

See Exhibit 1 (Copy of Track and Confirm Receipt).

I further certify that a copy of the Summons and Complaint in the above-captioned case was similarly served on the 5th day of September, 2006, upon the United States Attorney General and Defendant as follows:

> Hon. Kenneth L. Wainstein
> U.S. Attorney's Office
> Judiciary Center Building, 10th Floor
> 555 4th Street, N.W.
> Washington, DC 20350

<u>See</u> Exhibit 2 (Copy of Certified Mail Receipt).

      The Honorable Alberto Gonzales
      U.S. Attorney General
      U.S. Department of Justice
      950 Pennsylvania Avenue, N.W.
      Washington, DC 20530

<u>See</u> Exhibit 3 (Copy of Certified Mail Receipt).

      Respectfully Submitted,


      _____/s/_____
      CHARLES W. DAY, JR.
       (D.C. Bar No. 459820)
      MYRREL C. HENDRICKS, JR.
       (D.C. Bar No. 291781)
      GEBHARDT & ASSOCIATES, LLP
      1101 17th Street, N.W.
      Suite 807
      Washington, DC 20036-4716
      (202) 496-0400

October 30, 2006      Attorneys for Plaintiff


**<u>CERTIFICATE OF SERVICE</u>**

 I HEREBY CERTIFY that a copy of the foregoing Proof of Service and Exhibits 1-3 was served this 30th day of October 2006, via electronic filing through the court, upon counsel for the Defendant as follows:

      Ms. Mercedeh Momeni
      U.S. Attorney's Office
      Judiciary Center Building, 10th Floor
      555 4th Street, N.W.
      Washington, DC 20530


      _____/s/_____
      MYRREL C. HENDRICKS, JR.