# EXHIBIT 1

 **UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 1010 0003 3266 3522**
Detailed Results:

- **Delivered, September 01, 2006, 8:28 am, WASHINGTON, DC 20240**
- **Arrival at Unit, September 01, 2006, 2:57 am, WASHINGTON, DC 20022**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

(

 **POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy