# EXHIBIT 1



Home | Help

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 1010 0003 3266 3522**
Detailed Results:

- **Delivered, September 01, 2006, 8:28 am, WASHINGTON, DC 20240**
- **Arrival at Unit, September 01, 2006, 2:57 am, WASHINGTON, DC 20022**

( < Back )   ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do            10/30/2006