**EXHIBIT 3**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature] Earnest L Parker_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): SEP 05 2006   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Honorable Alberto Gonzales<br>Attorney General<br>U.S. Dept. of Justice<br>950 Pennsylvania Ave. N.W.<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1010 0003 3266 3515 |
| PS Form 3811, August 2001   Domestic Return Receipt | 102595-02-M-1540 |