# EXHIBIT 3

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Alberto Gonzales
Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave. N.W.
Washington, DC 20530-0001

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Garnet L Parker*      ☐ Agent
                          ☐ Addressee

B. Received by (*Printed Name*)      C. Date of Delivery

SEP 05 2006

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)      ☐ Yes

2. Article Number
   (*Transfer from service label*)      7003 1010 0003 3266 3515

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540