UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEPHANIE DAMADIO | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. 06-01503 (RJL) |
| | ) | ECF |
| DIRK KEMPTHORNE, | ) | |
| Secretary, Department of the Interior | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF CORRECTION TO JOINT REPORT PURSUANT TO RULE 16.3**

Paragraph 8 of the Joint Report submitted on December 15, 2006 (Dkt. No. 8), should be amended to read "The parties agree that each party should be limited to seven (7) depositions . . .", not "ten (7) depositions".

Respectfully submitted,

_s/with authorization_____
CHARLES W. DAY, Jr.
D.C. Bar # 459820
MYRREL C. HENDRICKS, JR
D.C. Bar # 291781
GERHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 607
Washington, DC 20036-4718
(202) 496-0400

Attorneys for Plaintiff

December 19, 2006

_____/s/_____
JEFFREY A. TAYLOR
D.C. Bar # 488610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS
D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 305-4851

Attorneys for Defendant

1