UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Civil Action No.06-1503 (RJL) |
|   v. | ) |
| | ) |
| DIRK KEMPTHORNE | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**Notice of Appearance**

Please enter the appearance of Myrrel C. Hendricks, Jr. as counsel for Plaintiff in the above-captioned case.

                                          Respectfully submitted,

                                             /s/
                                      CHARLES W. DAY, JR.
                                         (DC Bar No. 459820)
                                      MYRREL C. HENDRICKS, JR.
                                         (DC Bar No. 291781)
                                      GEBHARDT & ASSOCIATES, LLP
                                      1101 17th Street, N.W.
                                      Suite 807
                                      Washington, DC 20036-4716
                                      (202) 496-0400

February 9, 2007                         Counsel for Plaintiff