UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>DIRK KEMPTHORNE, )<br>Secretary, Department of the Interior )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 06-01503 (RJL)<br>ECF |

## JOINT STATUS REPORT

Pursuant to the Court's Order of July 23, 2007, the parties jointly submit the following status report:

The parties participated in the mediation process with the assistance of Magistrate Judge Alan Kay. Despite their efforts to resolve the case, the parties were unable to reach an agreement. They notified Magistrate Judge Kay that, due to the foregoing, they would proceed to discovery. The mediation phase of this litigation having closed, the parties have moved forward with discovery. Defendant served his written discovery requests on Plaintiff on July 19, 2007, and proposed certain time frames for Plaintiff's deposition. Plaintiff expects to serve her written discovery requests and deposition notices within the next week. A Proposed Scheduling Order is attached herewith.

Respectfully submitted,

_s/with authorization_____  
CHARLES W. DAY, Jr.  
D.C. Bar # 459820  
MYRREL C. HENDRICKS, JR  
D.C. Bar # 291781  
GERHARDT & ASSOCIATES, LLP  
1101 17th Street, N.W.  
Suite 607  
Washington, DC 20036-4718  
(202) 496-0400  

Attorneys for Plaintiff

July 31, 2007

_____/s/_____  
JEFFREY A. TAYLOR  
D.C. Bar # 488610  
United States Attorney  

_____/s/_____  
RUDOLPH CONTRERAS  
D.C. Bar # 434122  
Assistant United States Attorney  

_____/s/_____  
MERCEDEH MOMENI  
Assistant United States Attorney  
Judiciary Center Building, Rm. E4208  
555 Fourth Street, N.W.  
Washington, D.C. 20530  
(202) 305-4851  

Attorneys for Defendant