**FILED**

AUG 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHANIE DAMADIO                 )
                                  )
                                  )
              Plaintiff,          )
        v.                        )
                                  )   Civil Action No. 06-01503 (RJL)
                                  )   ECF
DIRK KEMPTHORNE,                  )
Secretary, Department of the Interior )
                                  )
                                  )
              Defendant.          )
                                  )

## SCHEDULING ORDER

UPON CONSIDERATION of the parties' Report Pursuant to Rule 16.3 and their Joint Status Report it is hereby this _____, day of August, 2007 ORDERED

1. That the parties have agreed to exchange initial disclosures by no later than August 15, 2007;

2. That the deadline for joining additional parties or amending the pleadings shall be January 15, 2008;

3. That the deadline for proponent's Rule 26(a)(2) expert report shall be, October 31 2007;

4. That the deadline for opponent's expert reports shall be November 30, 2007;

5. That the close of discovery on liability shall be December 21, 2007;

6. That dispositive motions shall be due by January 30, 2008; oppositions and cross motions shall be due within 30 days of any dispositive motions; and replies shall be due within 20 days thereafter.

7. That, if Plaintiff's complaint survives Defendant's dispostive motion, the parties may engage in damages discovery for three months after the Court has ruled upon the dispostive motion.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

Copies to:

Charles W. Day, Jr. Esq.
Myrrel C. Hendricks, Jr., Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17TH Street, N.W.
Suite 607
Washington, DC 20036-4718

and

Mercedeh Momeni, Esq.
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530