

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 19, 2007

**Via Electronic Mail and Hand Delivery**
Myrrel C. Hendricks, Jr. Esq.
Gebhardt & Associates
1101 17th Street, NW, Suite 807
Washington, DC 20036-4716

### *Damadio v. Kempthorn*
### *Civil Action No. 06-1503*

Dear Mr. Hendricks:

Attached herewith are: (1) Defendant's First Set of Interrogatories and Requests for Production of Documents, and (2) Defendant's First Request for Admissions. Also attached are copies of Authorizations for Release of Medical and Psychotherapy Information. Kindly:

1. make as many copies as necessary to cover all Ms. Damadio's physical and mental health care providers;
2. fill in each care-giver's name in the upper left hand corner;
3. fill in Ms. Damadio's birth date; and
4. have Ms. Damadio execute the documents; and
5. return the executed forms to our office within the 30-day allotted time by Fed. R. Civ. P. 34.

Additionally, we will require two days in mid to late September to depose the Plaintiff, given the length of the complaint. Kindly advise if you consent.



GOVERNMENT
EXHIBIT

*A*

Please feel free to contact me, in writing, if you have any questions.

Sincerely,

JEFFREY A. TAYLOR
United States Attorney

/s/

By:

MERCEDEH MOMENI
Assistant United States Attorney

Enclosures

cc: Jackie Jackson, Esq.



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

August 8, 2007

**Via Electronic Mail and Facsimile**
Myrrel C. Hendricks, Jr. Esq.
Gebhardt & Associates, LLP
1101 17th Street, NW, Suite 807
Washington, DC 20036-4716

*Damadio v. Kempthorn*
*Civil Action No. 06-1503*

Dear Mr. Hendricks:

What follows are some discovery-related concerns, in the above-referenced matter, that we wish to bring to your attention.

**Rule 26(a) Initial Disclosures**

Thank you for your letter dated August 6, 2007, wherein you indicate that "Plaintiff will not be filing a separate Rule 26(a) Initial Disclosure." Please be reminded of our telephone conversations and e-mail exchanges in June and July 2007, wherein I suggested, and you agreed that, because of a lack of a witness list in the administrative files, the parties should exchange Rule 26(a) initial disclosures. *See e.g.*, our e-mail exchange of July 24, 2007. This agreement was memorialized in the revised scheduling order filed with the Court on July 31, 2007. *See* Doc. No. 12, Scheduling Order ¶ 1. That scheduling order was approved by the Court today. *See* Doc. No. 13. Accordingly we expect to receive Plaintiff's initial disclosures by August 15, 2007, as agreed. We are willing to discuss a reasonable extension of that deadline, should you require one.

**Ms. Damadio's Deposition**

By letter dated July 19, 2007 we requested Plaintiff's position on attending a 2-day deposition, and, as a courtesy, we asked about her availability in September. As previously mentioned, the additional time is necessary due to the length of the complaint. Not having heard back, we hereby notice Ms. Damadio's deposition for September 11, 2007, in our office and ask for an answer regarding the second day so as to avoid unnecessary motions practice. *See*

attached Deposition Notice. (Kindly advise Ms. Damadio to reserve September 12, 2007 for a second day to continue her deposition, in the event we are able to agree that two days may be necessary or the Court so orders.)

**Plaintiff's Notice of Depositions**

Plaintiff sent her Notice of Depositions, via facsimile, on August 6, 2007. We are currently checking the availability of these witnesses, but request a proffer regarding the testimony of Ms. Berger. For *all witnesses*, please note the Defendant will only ensure that Department employee/witnesses will be provided with sufficient leave time to participate in legal proceedings. Defendant is not responsible for travel and lodging arrangements and costs, however.

Please feel free to call me, at 202-305-4851, if you have any questions.

Sincerely,

JEFFREY A. TAYLOR
United States Attorney

By:

MERCEDEH MOMENI
Assistant United States Attorney

Enclosure

cc: Jackie Jackson, Esq.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEPHANIE DAMADIO | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. 06-01503 (RJL) |
| | ) | |
| DIRK KEMPTHORNE, | ) | |
| Secretary, Department of the Interior | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the defendant in the above-captioned action will take the deposition upon oral examination of Stephanie Damadio as set forth below. The deposition shall be for the purposes of discovery or for any other use permitted by law, including use at trial and shall be stenographically transcribed and video taped. The deposition shall be taken at 501 Third Street, N.W., Washington, D.C. 20530, commencing at 9:30 on September 11, 2007 and shall continue from day to day and from time to time until completed.

Respectfully submitted,

/s/ *Mercedeh Momeni*

MERCEDEH MOMENI
Assistant United States Attorney
Judiciary Center Building – Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-4851

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2007, I caused the foregoing Notice of

Deposition to be served on Plaintiff's Attorney, **Myrrel C. Hendricks, Jr.**, via Electronic Mail

and Facsimile.


/s/ *Mercedeh Momeni*

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851