UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-01503 (RJL) |
| DIRK KEMPTHORNE, | ) ECF |
| SECRETARY, | ) |
| U.S. DEPARTMENT OF THE INTERIOR, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**NOTICE OF FILING OF PROPOSED ORDER**

On August 17, 2007, Defendant, Department of the Interior, filed a Motion to Enlarge Plaintiff's Deposition Time. *See* Doc. No. 14. In the Motion Defendant stated that ". . . a proposed Order [is] filed herewith." The said Order was inadvertently not filed simultaneously with the Motion and is attached herewith.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS
D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530
(202) 305-4851

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2006, a copy of the foregoing Notice of Filing of Proposed Order and its attachment were filed with the Clerk of the Court and served via the Court's ECF system on Plaintiff's counsel:

Charles W. Day, Jr., Esq.
Myrrel C. Hendricks, Jr., Esq.
Gebhardt & Associates, LLP
1101 17th Street, N.W., Suite 807
Washington, D.C. 20036-4716

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20530