UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHANIE DAMADIO,                          )
                                            )
            Plaintiff,                      )
                                            )
        v.                                  )
                                            ) Civil Action No. 06-01503 (RJL)
DIRK KEMPTHORNE,                            ) ECF
SECRETARY,                                  )
U.S. DEPARTMENT OF THE INTERIOR,  )
                                            )
            Defendant.                      )
_____)

## ORDER

This matter is before the Court on Defendant's Motion to Extend Plaintiff's Deposition

Time.  Upon consideration of the parties' related filings and the entire record herein, it is on this

_____ day of August 2007, hereby

ORDERED that Defendant's Motion is GRANTED and counsel may depose Plaintiff for

up to and including an additional seven hours, beyond the time permitted by the Federal Rules of

Civil Procedure, for this phase of discovery.

SO ORDERED.


                                  _____
                                  UNITED STATES DISTRICT JUDGE



Copies to counsel of record via ECF.