UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-01503 (RJL) |
| DIRK KEMPTHORNE, | ) ECF |
| SECRETARY, | ) |
| U.S. DEPARTMENT OF THE INTERIOR, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**DEFENDANT'S MOTION TO ENLARGE WRITTEN DISCOVERY RESPONSE TIME**

Defendant Dirk Kempthorne, Secretary of the Department of Interior, ("defendant" or "the Department"), by and through undersigned counsel, hereby moves for a three-week extension of time to respond to plaintiff's written discovery requests, through and including October 1, 2007. Good cause exists to grant this motion.

1. Defendant's response to plaintiff's written discovery is due on September 10, 2007.

2. Defendant requires additional time to gather, review and forward appropriate and accurate responses to plaintiff. This extension is needed due primarily to the following three reasons. First, the breadth and scope of Plaintiff's request alone is sufficient to warrant additional time for reviewing and organizing the voluminous documents in question.[1]  Second,

---

[1] For example, plaintiff's request for production of documents number one originally included demands for Electronically Stored Information ("ESI") for 66 individuals, whose records "include one or more of the [97] terms/issues listed below" . . . "in digital format on DVDs in HTML and plain text in two (2) copies." Pl. Request for Production pp. 9-19. Of the search terms, plaintiff states that "at least two terms must be present to be included." Id. P. 14. After defendant notified plaintiff's counsel of its objections to this overly broad and unduly burdensome request, and informed him that the Department's Information Technology ("I.T.") consultants estimated the costs for the search to be approximately $60,000, plaintiff narrowed her request to cover ESI for 21 persons and included 44 terms. Although more focused, the

1

plaintiff's requests call for documents to be retrieved from a substantial number of individuals, from different bureaus and offices around the country. Undersigned counsel has been advised that a number of these individuals were unavailable during late August and early September, due to pre-scheduled leave, which has made coordination of efforts difficult. Finally, defendant is cautiously optimistic that further motion practice could be avoided on the outstanding discovery issues,[2] if a the parties are able to meet soon.

    3. Defendant therefore requests three additional weeks to submit its response.

    4. Pursuant to Local Rule 7(m), undersigned counsel contacted plaintiff's counsel on the requested relief. Plaintiff's counsel opposes.

    5. This is the first extension sought of this deadline.

    WHEREFORE, defendant requests that this enlargement be granted, and that the date for defendant's response to plaintiff's written discovery request be extended to October 1, 2007. A proposed order is herewith attached.

---

request is still deemed over broad and costly and defendant's counsel agreed to plaintiff's counsel's suggestion that a meeting be held to discuss this and other on-going discovery questions. Indeed, defendant has offered to host the meeting at undersigned counsel's office and to include the parties and the Departments I.T. consultants and/or staff to ensure that all ESI-related questions would be addressed, *inter alia*.

    [2] In addition to the ESI issues mentioned in note 1 *supra*, outstanding issues, as plaintiff is well aware, per previous correspondence and discussions, as well as recent filings with the Court, include the costs for depositions and discovery, the location of plaintiff's deposition, plaintiff's inadequate responses to the Department's written discovery demands, *inter alia*. It is Defendant's preference to resolve these matters amicably, rather than to engage the Court's precious resources. Plaintiff too has stated that such an approach would be preferable, but has continually failed to provide complete responses to discovery and cherry picked the issues about which she will engage in a discussion.

Dated:  September 5, 2007.

                                        Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530
Telephone:  202-305-4851

3

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2007, a copy of the foregoing Motion to Enlarge was filed with the Clerk of the Court and served via the Court's ECF system on Plaintiff's counsel:

    Charles W. Day, Jr., Esq.
    Myrrel C. Hendricks, Jr., Esq.
    Gebhardt & Associates, LLP
    1101 17th Street, N.W., Suite 807
    Washington, D.C.  20036-4716

                                          /s/
                                      _____
                                      MERCEDEH MOMENI
                                      Assistant United States Attorney
                                      Judiciary Center
                                      555 Fourth Street, N.W.
                                      Washington, D.C.  20530
                                      Telephone:  202-305-4851