UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-01503 (RJL) |
| DIRK KEMPTHORNE, | ) ECF |
| SECRETARY, | ) |
| U.S. DEPARTMENT OF THE INTERIOR, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER

This matter is before the Court on Defendant's Motion to Enlarge Written Discovery Response Time. Upon consideration of the parties' related filings and the entire record herein, it is on this _____ day of September 2007, hereby

ORDERED that Defendant's Motion is GRANTED and Defendant may respond to Plaintiff's written discovery demands up to and including October 1, 2007.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via ECF.