LAW FIRM
## GEBHARDT & ASSOCIATES, LLP
1101 17TH STREET, N.W.
SUITE 807
WASHINGTON, DC 20036-4716

JOSEPH D. GEBHARDT • DC & MD
CHARLES WILLIAMSON DAY, JR • DC, MD & NY
VALENCIA R. RAINEY • DC & AR
MARK A. DANN • DC, NJ & NY
DANIEL K. GEBHARDT • DC & NJ
CLARISSA H. WU • DC & MD

MYRREL C. HENDRICKS, Jr. • DC
LENORE C. GARON • DC & VA
SUSAN C. LEE • DC & CA
Of Counsel
PHONE: (202) 496-0400
FAX: (202) 496-0404

August 28, 2007

<u>VIA FACSIMILE AND FIRST CLASS MAIL</u>

Mercedeh Momeni, Esq.
U.S. Attorney's Office
555 Fourth Street, N.W.
Judiciary Square Building, Tenth Floor
Washington, DC 20530

    Re: <u>Stephanie Damadio v. Secretary of the Interior</u>,
        Civil Action No. 06-1503 (RJL)

Dear Ms. Momeni:

    This letter is in response to your letter dated August 16, 2007 concerning the time and place of Plaintiff's deposition and the depositions of Mr. Wilson and Ms. Berger.

    By letter dated August 15, 2007, we proposed that Plaintiff's deposition be held at her office in Sacramento, California at a date to be determined in September. That letter also suggested that depositions of Mr. Wilson and Ms. Berger be held during the same period at the Defendant's offices in Sacramento, California. Two alternate dates for these depositions were proposed. This arrangement eliminates the need for any of the three deponents to travel at government expense and to lose valuable time from their official duties while traveling. By contrast, holding these depositions in Washington, D.C. as you propose would force all three witnesses to travel unnecessarily, wasting valuable time and expense.

    We remain convinced that holding these depositions in Sacramento, California is the most efficient and convenient way to proceed. In any event, we have not agreed to hold either the

GOVERNMENT
EXHIBIT
1

Mercedeh Momeni, Esq.
August 28, 2007
Page 2

Plaintiff's deposition or the depositions of Mr. Wilson or Ms. Berger in Washington, D.C. Generally depositions are held where the deponent is located unless there are special circumstances. I ask the Defendant to reconsider this issue and to agree to hold these depositions in Sacramento, California. They could be held on consecutive days that are agreeable to both parties.

I request that you provide a written answer to this request not later than close of business on August 29, 2007. If we can not reach an agreement on the location for these depositions then Plaintiff will submit that issue to the Court for resolution.

Finally, I note that Defendant has submitted to the Court the issue of whether the Defendant can depose Plaintiff for more than seven hours without showing any justification. Until that issue is resolved by the Court, the date for Plaintiff's deposition cannot be fixed.

We remain open to reaching an amicable resolution of these issues, and look forward to your response.

Very truly yours,

Myrrel C. Hendricks, Jr.