# Momeni, Mercedeh (USADC)

**From:** Momeni, Mercedeh (USADC)
**Sent:** Thursday, August 23, 2007 9:45 AM
**To:** 'Myrrel Hendricks'; Bill Day
**Subject:** Damadio v. DOI - Depositions

Dear Messrs. Hendricks and Day:

In response to your letter of 8/15, Ms. Berger advises that she is available to be deposed on either 9/11 or 9/18. Mr. Wilson is available on 9/11, after 2 p.m.

Regards,

*Mercedeh Momeni*
Assistant United States Attorney
Civil Division
555 Fourth St., NW
Washington, DC 20530
ph: 202-305-4851
fax: 202-514-8780

CONFIDENTIALITY STATEMENT: This electronic communication may contain information that is confidential and/or attorney-client privileged. If you are not an intended recipient, interception, copying, disclosure or use of confidential communications may be illegal. If you received this message in error, please notify me by reply e-mail and delete this message. Thank you.

GOVERNMENT EXHIBIT 2