UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-01503 (RJL) |
| DIRK KEMPTHORNE, | ) ECF |
| SECRETARY, | ) |
| U.S. DEPARTMENT OF THE INTERIOR, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## **ORDER**

This matter is before the Court on Defendant's Motion to Enlarge Plaintiff's Deposition Time. Upon consideration of the parties' related filings and the entire record herein, it is on this _____ day of September 2007, hereby

ORDERED that Defendant's Motion is GRANTED and counsel may depose Plaintiff for up to and including an additional seven hours, beyond the time permitted by the Federal Rules of Civil Procedure, for this phase of discovery;

It is further ORDERED that Plaintiff shall appear in Washington, D.C. for her deposition and shall bear any and all costs associated therewith, beyond defendant's deposition transcription and copying costs.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via ECF.