IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO )<br>)<br>)<br>)<br>Plaintiff, )<br>) Civil Action No.06-1503 (RJL)<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, Secretary )<br>Department of Interior )<br>)<br>Defendant. )<br>) | |

**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER TO SCHEDULE DISCOVERY DEPOSITIONS AT THE OFFICIAL DUTY STATION OF DEPONENTS**

Plaintiff Stephanie Damadio, by and through undersigned counsel, hereby files pursuant to Fed. R. Civ. P. 26(c)(2) a Motion for a Protective Order to Schedule Discovery Depositions at the Official Duty Station of the Deponents, supported by a Memorandum of Points and Authorities with attached Exhibits Nos. A through G.  The purpose of this Motion is to establish the time and location for the depositions of three employees of the Defendant each of whom has their official duty station in Sacramento, California.  Plaintiff's counsel has made several attempts to work this out with Defendant's counsel.

Plaintiff has noticed the discovery depositions of Ms. Clementine Berger and Mr. Ken Wilson.  Defendant has also noticed the deposition of the Plaintiff.  The official duty station for each of these deponents is Sacramento, California.

Defendant expects to depose Plaintiff for up to 14 hours over two days.  Plaintiff expects that depositions of Ms. Berger and Mr. Wilson will require not more than two hours each.

By letter dated August 15, 2007, Plaintiff's counsel proposed based on the convenience of the witnesses and the parties and to reduce time and expenses that these three depositions be scheduled for consecutive days in Sacramento, California.  Defendant's counsel has refused.

Consistent with Fed. R. Civ. P. 26(c)(2), for the reasons set forth herein, this Court should grant this Motion and order these depositions to be held at the official duty station of each of the deponents.

Respectfully submitted,

_____/s/_____
CHARLES W. DAY, JR.
MYRREL C. HENDRICKS, JR.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
Telephone: (202) 496-0400
Facsimile: (202 496-0400

September 17, 2007        Attorneys for Plaintiff

2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion for Protective Order to Schedule Discovery Depositions at the Official Duty Station of the Deponents and the supporting Memorandum of Points and Authorities with attached Exhibits Nos. A through G were filed with the Clerk of the Court and served this 17th day of September, 2007, via the Court's ECF system upon counsel for Defendant as follows:

> Mercedeh Momeni, Esq.
> Assistant United States Attorney
> United States Attorney's Office
> 555 4th Street, NW
> Washington, DC 20530
> Telephone:
> Facsimile

/s/
Myrrel C. Hendricks, Jr.
