**EXHIBIT B**



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530

July 19, 2007

**Via Electronic Mail and Hand Delivery**
Myrrel C. Hendricks, Jr. Esq.
Gebhardt & Associates
1101 17th Street, NW, Suite 807
Washington, DC 20036-4716

*Damadio v. Kempthorn*
*Civil Action No. 06-1503*

Dear Mr. Hendricks:

Attached herewith are: (1) Defendant's First Set of Interrogatories and Requests for Production of Documents, and (2) Defendant's First Request for Admissions. Also attached are copies of Authorizations for Release of Medical and Psychotherapy Information. Kindly:

1. make as many copies as necessary to cover all Ms. Damadio's physical and mental health care providers;
2. fill in each care-giver's name in the upper left hand corner;
3. fill in Ms. Damadio's birth date; and
4. have Ms. Damadio execute the documents; and
5. return the executed forms to our office within the 30-day allotted time by Fed. R. Civ. P. 34.

Additionally, we will require two days in mid to late September to depose the Plaintiff, given the length of the complaint. Kindly advise if you consent.

Please feel free to contact me, in writing, if you have any questions.

Sincerely,

JEFFREY A. TAYLOR
United States Attorney

By: /s/ _____
MERCEDEH MOMENI
Assistant United States Attorney

Enclosures

cc: Jackie Jackson, Esq.