# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO ) <br> ) <br> ) <br>           Plaintiff, ) <br>     v. ) <br> ) Civil Action No. 06-01503 (RJL) <br> ) <br> DIRK KEMPTHORNE, ) <br> Secretary, Department of the Interior ) <br> ) <br> ) <br>           Defendant. ) <br> ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the defendant in the above-captioned action will take the deposition upon oral examination of Stephanie Damadio as set forth below. The deposition shall be for the purposes of discovery or for any other use permitted by law, including use at trial and shall be stenographically transcribed and video taped. The deposition shall be taken at 501 Third Street, N.W., Washington, D.C. 20530, commencing at 9:30 on September 11, 2007 and shall continue from day to day and from time to time until completed.

Respectfully submitted,

/s/ *Mercedeh Momeni*

MERCEDEH MOMENI
Assistant United States Attorney
Judiciary Center Building – Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-4851

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2007, I caused the foregoing Notice of Deposition to be served on Plaintiff's Attorney, **Myrrel C. Hendricks, Jr.**, via Electronic Mail and Facsimile.

/s/ Mercedeh Momeni
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851