# EXHIBIT D

LAW FIRM
# GEBHARDT & ASSOCIATES, LLP
1101 17TH STREET, N.W.
SUITE 807
WASHINGTON, DC 20036-4716

JOSEPH D. GEBHARDT • DC & MD
CHARLES WILLIAMSON DAY, JR • DC, MD & NY
VALENCIA R. RAINEY • DC & AR
MARK A. DANN • DC, NJ & NY
DANIEL K. GEBHARDT • NJ ONLY

MYRREL C. HENDRICKS, Jr. • DC
LENORE C. GARON • DC & VA
SUSAN C. LEE • DC & CA
OF Counsel
PHONE: (202) 496-0400
FAX: (202) 496-0404

August 15, 2007

VIA FACSIMILE AND FIRST CLASS MAIL

Mercedeh Momeni, Esq.
U.S. Attorney's Office
555 Fourth Street, N.W.
Judiciary Square Building, Tenth Floor
Washington, DC 20530

Re: Stephanie Damadio v. Secretary of the Interior,
Civil Action No. 06-1503 (RJL)

Dear Ms. Momeni:

The purpose of this letter is to provide notice that the Plaintiff will be available for her deposition in September 2007 on such date as the parties mutually agreed upon. However, we will not agree in advance to a deposition longer than the seven hour limit. We see no basis for Defendant's claim that it is obvious that more than seven hours are needed. Not a single question has been asked, nor a single answer given. Since the discovery is limited to liability issues, we can not accept your contention.

At this time, Plaintiff intends to depose Ken Wilson and Clementine Berger in conjunction with the deposition of the Plaintiff. Appropriate deposition notices will be issued. All other depositions will be deferred until after the document discovery is received and evaluated.

Our good faith estimate is that the depositions of both Mr. Wilson and Ms. Berger will take one to two hours or less. Since all three deponents including the Plaintiff are employed in Sacramento, California, we propose to hold the depositions there.

Mercedeh Momeni, Esq.
August 15, 2007
Page 2

We believe that the depositions could be held at the offices located at 2800 Cottage Way, Sacramento, California 95825. This should be very convenient for all those involved and requires less disruption for the deponents, who are all Agency employees.

Plaintiff proposes that Plaintiff, Mr. Wilson and Ms. Berger be deposed on two consecutive days starting either September 11, 2007, or September 18, 2007, or other mutually agreeable date.

I look forward to your response.

Very truly yours,

*Myrrel C. Hendricks/CWD*

Myrrel C. Hendricks, Jr.