# EXHIBIT E



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

District of Columbia

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

August 16, 2007

**Via Electronic Mail and Facsimile**
Charles W. Day, Jr., Esq.
Myrrel C. Hendricks, Jr. Esq.
Gebhardt & Associates
1101 17th Street, NW, Suite 807
Washington, DC 20036-4716

*Damadio v. Kempthorn*
*Civil Action No. 06-1503*

Dear Messrs. Day and Hendricks:

    We are in receipt of your letter, dated August 15, 2007, wherein you propose that Plaintiff's deposition be taken in Sacramento, CA in September. Unfortunately, our deposition notice of August 8, 2007, specifies that we wish to depose plaintiff starting on September 11, 2007, in Washington, D.C., where she has brought her law suit. We are in the process of consulting Ms. Berger and Mr. Wilson about their respective availability and will advise you accordingly.

    Please feel free to contact me, in writing, if you have any questions.

Sincerely,

JEFFREY A. TAYLOR
United States Attorney

By: _____
MERCEDEH MOMENI
Assistant United States Attorney

cc: Jackie Jackson, Esq.