UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.06-1503 (RJL) |
| | ) |
| DIRK KEMPTHORNE, Secretary | ) |
| Department of Interior, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

UPON CONSIDERATION of the Plaintiff's Motion for Protective Order to Schedule Discovery Depositions at the Official Duty Station of Deponents, Defendant's response, if any, and the full record, it is hereby this ___ day of September, 2007, ORDERED:

1. That the Motion for Protective Order is GRANTED; and

2. That the deposition of Ms. Berger, Mr. Wilson, and Plaintiff be held in Sacramento, California, on consecutive days commencing on October 16, 2007.

        RICHARD J. LEON
        UNITED STATES DISTRICT JUDGE