UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHANIE DAMADIO,            )
                              )
        Plaintiff,            )
                              )
    v.                        ) Civil Action No.06-1503 (RJL/DAR)
                              )
DIRK KEMPTHORNE, Secretary    )
Department of Interior,       )
                              )
        Defendant.            )
                              )

**PLAINTIFF'S MOTION TO STRIKE AS UNTIMELY DEFENDANT'S
REPLY TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Plaintiff Stephanie Damadio, by and through undersigned counsel, hereby files Plaintiff's Motion to Strike as Untimely Defendant's Reply to Plaintiff's Motion for Protective Order, and states as follows:

**BACKGROUND**

Plaintiff has consistently maintained that the discovery depositions of Defendant's employees, who work in Sacramento, California should be held there, including Plaintiff's deposition. The Defendant has insisted that she must travel at her own expense to Washington, D.C. for the convenience of Defendant's counsel[1].

---

[1] Defendant does not and cannot dispute that the discovery depositions of Ms. Berger and Mr. Wilson will be held in Sacramento, California, where Plaintiff is stationed.

On September 17, 2007, Plaintiff electronically filed a Motion for Protective Order pursuant to Fed.R.Civ.P. 26(c) to require that her deposition be held in Sacramento, California, along with the depositions of Ms. Berger and Mr. Wilson. That Motion for a Protective Order was supported by a Memorandum of Points and Authorities. <u>See</u> USDC Pacer Doc. No. 19. Defendant was electronically served. Under the applicable Federal and Local Rules, Defendant's Opposition to the Plaintiff's Motion for Protective Order was due on October 1, 2007.

Defendant did not seek an extension of the October 1, 2007 deadline either with Plaintiff's counsel or with the Court. Rather, Defendant filed its Opposition on the evening of October 2, 2007. Since Plaintiff's Motion was filed, Defendant's counsel did have time to raise devote to other discovery issues in this case. See Consent Motion for Protective Order, USDC Pacer Doc. No. 20, and Plaintiff's attached Exhibit 1 (Letter from Ms. Mercedeh Momeni objecting to Plaintiff's Request for Admissions, dated October 1, 2007). Defendant's Opposition to Plaintiff's Motion to Compel is untimely and should be stricken from consideration.

Defendant has cavalierly disregarded the applicable filing deadline provided in the Federal Rules and the Local rules,

2

without filing a Motion for Extension of Time or a Motion for Leave to File Out of Time.  Plaintiff's deposition should be taken in California where she lives and works for the Defendant. Since the Defendant's attorneys know that Plaintiff has no real contacts with Washington, D.C., it is no wonder that Defendant's Opposition was filed late without leave of the Court.  The appropriate sanction is to strike the Defendant's Opposition[2].

## CONCLUSION

For the reasons stated above Defendant's Opposition should be stricken from consideration.  Moreover, the Plaintiff's Motion for a Protective Order to hold her deposition in Sacramento, California should be granted, consistent with Fed.R.Civ.P. 26(c)(2).  An appropriate Order is attached.

---

[2] Defendant also claims its Opposition filing should or could be treated as a reply brief in support of its so-called supplemental motion filed electronically on September 10, 2007, as a portion of Defendant's Reply Brief on another issue. Plaintiff's Motion for a Protective Order contesting the issue concerning where her deposition should be held was filed electronically on September 17, 2007.  The Local Rules allow only eight days for filing a reply brief. Therefore, if this filing were treated a reply brief it was due on September 25, 2007.  Thus, Defendant's filing is untimely no matter which label the Defendant places on it.

Respectfully submitted,

```
         /s/
```
CHARLES W. DAY, JR.
(DC Bar No. 459820)
MYRREL C. HENDRICKS, JR.
(DC Bar No. 291781)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
Telephone: (202) 496-0400
Facsimile: (202 496-0400

October 3, 2007                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion to Strike as Untimely Filed Defendant's Response to Plaintiff's Motion for Protective Order, Exhibit 1, and a proposed Order was served this 3rd day of October, 2007, via electronic case filing through the Court, upon counsel for Defendant as follows:

Mercedeh Momeni, Esq.
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

```
         /s/
```
Myrrel C. Hendricks, Jr.