**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STEPHANIE DAMADIO,          )
                            )
          Plaintiff,        )
                            )
     v.                     )   Civil Action No.06-1503 (RJL/DAR)
                            )
DIRK KEMPTHORNE, Secretary  )
Department of Interior,     )
                            )
          Defendant.        )
_____ )

<u>**ORDER**</u>

UPON CONSIDERATION of the Plaintiff's Motion to Strike As Untimely Filed Defendant's Opposition to Plaintiff's Motion for Protective Order, Defendant's response, if any, and the full record, it is hereby this ___ day of October, 2007, ORDERED:

1.   That the Defendant's Opposition to Plaintiff's Motion for Protective Order due on October 1, 2007 but filed without leave of Court on October 2, 2007, is stricken as untimely filed;

2.   That the Motion for Protective Order is GRANTED; and

3.   That the depositions of Ms. Berger, Mr. Wilson, and Plaintiff shall be held in Sacramento, California, on consecutive days commencing on October 16, 2007.

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE DISTRICT JUDGE