UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-01503 (RJL/DAR) |
| DIRK KEMPTHORNE, | ) ECF |
| SECRETARY, | ) |
| U.S. DEPARTMENT OF THE INTERIOR, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

*NUNC PRO TUNC* **MOTION FOR A ONE DAY EXTENSION OF TIME FOR LEAVE TO FILE DEFENDANT'S REPLY IN SUPPORT OF HIS SUPPLEMENTAL MOTION TO COMPEL PLAINTIFF'S ATTENDANCE FOR HER DEPOSITION IN WASHINGTON, D.C. AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Defendant Dirk Kempthorne, Secretary of the Department of Interior, ("Defendant" or "the Department"), by and through undersigned counsel, respectfully submits this motion for a one day extension of time, pursuant to Fed. R. Civ. P 6(b)(2) and states as follows:

1. Defendant's Opposition to Plaintiff's Motion for Protective Order (USDC Pacer Doc. No. 18) was due on October 1, 2007.

2. Due to inadvertence, the Opposition filing deadline was mis-calendered, by one day, and the document was filed on October 2, 2007. *See* USDC Pacer Doc Nos. 21 and 22. The foregoing meets the excusable neglect standard prescribed by Rule 6(b)(2).

3. No prejudice will result if this motion for a one day extension is granted.[1]

4. Accordingly, the Department respectfully requests that this motion be granted and that the Department's filing be accepted on day late.

---

[1] Opposing counsel's LCvR 7(m) concurrence was not sought, in light of Plaintiff's filing of this date. *See* USDC Pacer Doc. No. 25.

1

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney


\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS
D.C. BAR #434122
Assistant United States Attorney


_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530
(202) 305-4851

CERTIFICATE OF SERVICE

I hereby certify that on the 3^nd day of October, 2007, a copy of the foregoing *Nunc Pro Tunc Motion for a One Day Extension of Time to Defendant's Reply in Support of Defendant's Motion to Compel Plaintiff's Attendance for her Deposition in Washington and Opposition to Plaintiff's Motion for Protective Order* was filed with the Clerk of the Court and served on Plaintiff's counsel via the Court's ECF system:

Charles W. Day, Jr., Esq.
Myrrel C. Hendricks, Jr., Esq.
Gebhardt & Associates, LLP
1101 17th Street, N.W., Suite 807
Washington, D.C. 20036-4716

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20530