**EXHIBIT 4**

**From:** Momeni, Mercedeh (USADC) (Mercedeh.Momeni@usdoj.gov)
**To:** Myrrel Hendricks
**Date:** Friday, October 5, 2007 2:07:19 PM
**Cc:** Clarissa Wu
**Subject:** Damadio

Dear Mr. Hendricks:

I am in receipt of your letter dated October 3, 2007, regarding our objections to Plaintiff's Requests for Admissions, sent on September 27, 2007. In your October 3, 2007 letter, you demand a response by October 5, 2007. Please be advised that the Federal Rules do not require any response to the the Request before October 29, 2007, and no party may unilaterally alter the Rules. We will timely file appropriate documents, as necessary.

Regards,

*Mercedeh Momeni*
Assistant United States Attorney
Civil Division
555 Fourth St., NW
Washington, DC 20530
ph: 202-305-4851
fax: 202-514-8780

CONFIDENTIALITY STATEMENT: This electronic communication may contain information that is confidential and/or attorney-client privileged. If you are not an intended recipient, interception, copying, disclosure or use of confidential communications may be illegal. If you received this message in error, please notify me by reply e-mail and delete this message. Thank you.

**From:** Momeni, Mercedeh (USADC) (Mercedeh.Momeni@usdoj.gov)
**To:** Myrrel Hendricks
**Date:** Friday, October 5, 2007 2:07:19 PM
**Cc:** Clarissa Wu
**Subject:** Damadio

Dear Mr. Hendricks:

I am in receipt of your letter dated October 3, 2007, regarding our objections to Plaintiff's Requests for Admissions, sent on September 27, 2007. In your October 3, 2007 letter, you demand a response by October 5, 2007. Please be advised that the Federal Rules do not require any response to the the Request before October 29, 2007, and no party may unilaterally alter the Rules. We will timely file appropriate documents, as necessary.

Regards,

*Mercedeh Momeni*
Assistant United States Attorney
Civil Division
555 Fourth St., NW
Washington, DC 20530
ph: 202-305-4851
fax: 202-514-8780

CONFIDENTIALITY STATEMENT: This electronic communication may contain information that is confidential and/or attorney-client privileged. If you are not an intended recipient, interception, copying, disclosure or use of confidential communications may be illegal. If you received this message in error, please notify me by reply e-mail and delete this message. Thank you.