**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STEPHANIE DAMADIO, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) Civil Action No.06-1503 (RJL/DAR) |
| | ) |
| DIRK KEMPTHORNE, Secretary | ) |
| Department of Interior, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**<u>ORDER</u>**

UPON CONSIDERATION of the Plaintiff's Motion to Compel Defendant to Answer Plaintiff's Requests for Admissions and the full record, including the Defendant's Opposition, if any, it is hereby this ___ day of October, 2007, ORDERED:

1. That the Motion to Compel Defendant to Answer Plaintiff's Requests for Admissions is GRANTED; and

2. That Defendant's Answers to the Plaintiff's Requests for Admissions shall be serve on Plaintiff's counsel within ten days of the date of this Order.

 

                                            DEBORAH A. ROBINSON
                                            U.S. MAGISTRATE DISTRICT JUDGE