**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STEPHANIE DAMADIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-01503 (RJL/DAR) |
| DIRK KEMPTHORNE, | ) ECF |
| SECRETARY, | ) |
| U.S. DEPARTMENT OF THE INTERIOR, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

JOINT STATUS REPORT ON PENDING NON-DISPOSITVE MOTIONS

Plaintiff Stephanie Damadio and Defendant Dirk Kempthorne, by and through their

respective undersigned counsel, hereby file their Joint Report on Outstanding Discovery

Motions, and state as follows:

**BACKGROUND**

On August 25, 2006, Plaintiff filed this civil action against Defendant Dirk Kempthorne,

as head of the U.S. Department of Interior, pursuant to Title VII of the Civil Rights Act of 1964,

as amended, 42 U.S.C. § 2000e et seq. *See* USDC Pacer No. 1. Defendant Dirk Kempthorne is

sued only in his official capacity as the Secretary of the Interior. Plaintiff seeks relief pursuant to

Title VII and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, for alleged

discrimination based on her race and national origin (Hispanic), gender (female); and also

retaliated against her because of prior EEO activity. *See* USDC Pacer No. 1, ¶ 1. Defendant

denies the foregoing allegations. *See* USDC Pacer No. 7.

On December 15, 2006, the parties submitted a Local Civil Rule 16.3 Joint Report, which

was entered by the Court on January 4, 2007. *See* USDC Pacer Nos. 8, 9 and 10. On July 19,

2007, the Defendant filed written discovery requests. On August 6, 2007, Plaintiff filed her

request for production of documents. On August 8, 2007, Judge Leon entered a Revised

Scheduling Order. *See* USDC Pacer No. and 12. Pursuant to this Order discovery on the

liability issues closes on December 21, 2007. *See* USDC Pacer No. 12, ¶ 5. Pursuant to the

terms of this Order, the parties have actively commenced discovery on the issues of liability

raised in this case. Defendant responded to Plaintiff's revised request for documents on October

1, 2007. Plaintiff responded to Defendant's interrogatories, request for production of documents

and requests for admissions on August 20, 2007.

## PENDING DISCOVERY MOTIONS

There are six non-dispositive motions that are currently pending.[1] The first two motions

concern the same issue (location for the Plaintiff's deposition) The six pending motions are as

follows:

1) Plaintiff's motion for a Protective Order. *See* USDC Pacer Doc. No. 19. (seeking to

have Plaintiff's deposition held in Sacramento, California.)

2) Defendant's Supplemental Motion to Compel Plaintiff's Appearance for her

Deposition in Washington, D.C. *See* USDC Pacer Doc. No. 22 filed with Doc. No. 18.

3) Plaintiff's Motion to Strike Memorandum In Opposition to Plaintiff's Motion for

Protective Order as Untimely. *See* USDC Pacer No. 25. (Plaintiff's objection to Defendant's

one day late filing of its Opposition).

---

[1] A number of discovery related motions have been filed by the parties since August 2007. Two motions have already been disposed of by Judge Leon. He granted Defendant's motions for additional time to depose Plaintiff and, an extension of time to respond to Plaintiff's requests for production. *See* USDC Pacer Doc. Nos. 14, 17 and Minute Orders of September 11, 2007. Subsequently, the parties filed additional motions and the matter was referred to Magistrate Judge Robinson for all non-dispositive issues on September 20, 2007.

4. Defendant's *Nunc Pro Tunc* Motion to File Opposition One Day Late.  USDC Pacer

No. 26.  (Seeking leave of Court to File its Opposition (Doc. No. 21) one day late.)

5. Plaintiff's Motion to Compel Answers to Plaintiff's Request for Admissions.  *See*

USDC Pacer No. 27.  (Seeking to have Defendant provide answers to ninety-nine requests for

admissions.)

6.  Defendant's Motion for Leave to File a Surreply On Plaintiff's Motion for Protective

Order.  *See* USDC Pacer No. 29.  (Seeking permission to file an additional memorandum of

points and authorities regarding the Plaintiff's Motion for Protective Order.)

The parties have fully briefed each of these motions with the exception of USDC Pacer

No. 27.  Both Defendant and Plaintiff anticipate that additional discovery motions may be

forthcoming, unless they are able to resolve discovery issues without the Court's intervention.

Respectfully submitted,

| | |
|---|---|
| _s/with authorization_____ | _____/s/_____ |
| CHARLES W. DAY, Jr. | JEFFREY A. TAYLOR |
| D.C. Bar # 459820 | D.C. Bar # 488610 |
| MYRREL C. HENDRICKS, JR | United States Attorney |
| D.C. Bar # 291781 | |
| GERHARDT & ASSOCIATES, LLP | |
| 1101 17th Street, N.W. | |
| Suite 607 | _____/s/_____ |
| Washington, DC 20036-4718 | RUDOLPH CONTRERAS |
| (202) 496-0400 | D.C. Bar # 434122 |
| | Assistant United States Attorney |
| Attorneys for Plaintiff | |
| | _____/s/_____ |
| | MERCEDEH MOMENI |
| | Assistant United States Attorney |
| | Judiciary Center Building, Rm. E4208 |
| | 555 Fourth Street, N.W. |
| | Washington, D.C. 20530 |
| October 24, 2007 | (202) 305-4851 |
| | |
| | Attorneys for Defendant |