UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 06-01503 (RJL) |
| DIRK KEMPTHORNE, SECRETARY, U.S. DEPARTMENT OF THE INTERIOR, | ) ECF |
|       Defendant. | ) |

## DEFENDANT'S MOTION TO ENLARGE WRITTEN DISCOVERY RESPONSE TIME AND TO CONTINUE THE NOVEMBER 1, 2007 MOTIONS HEARING

Defendant Dirk Kempthorne, Secretary of the Department of Interior, ("defendant" or "the Department"), by and through undersigned counsel, hereby moves for a three-week extension of time to respond to Plaintiff's written discovery requests, specifically her First Set of Interrogatories and Request for Admissions ("RFA"), through and including November 20, 2007. Additionally, the Department respectfully requests to continue the November 1, 2007 motions hearing date until related discovery disputes have been resolved by the parties and/or additional related motions, described below, have been filed. Good cause exists to grant this motion. In support of its Motion, the Department states as follows:

### Extension of Time to Respond to Interrogatories and RFA

1. Defendant's response to Plaintiff's written discovery is due on October 30, 2007.

2. Defendant requires additional time to gather, review and forward appropriate and accurate responses to Plaintiff and/or file a motion for a protective order. This extension is needed due primarily to the following two reasons. First, Plaintiff's 20 Interrogatories call for

1

responses to be gathered from dozens of individuals, from different bureaus and offices around the country, not to mention the many sub-part contained in each Interrogatory, which require further consideration and consultation with the Agency counsel. Second, Defendant has repeatedly attempted to resolve its dispute with Plaintiff over her 99 RFA, stating that if Plaintiff would resubmit 25 RFAs–as agreed by the parties in their Joint Rule 16.3 Report and consistent with the Rules and other precedent–that it would timely respond.[1] (*See also* attachments to USDC Pacer Doc. No. 27). However, after the parties' discussions, held during the afternoon of October 24, 2007, it seems that the Defendant may be forced to file a motion for a protective order.

3. Accordingly, Defendant requests three additional weeks to submit its response and/or file its motion for a protective order.

4. This is the first extension sought of this deadline.

### Continuance of the November 1, 2007 Hearing

5. On October 10, 2007, the Court set Thursday November 1, 2007 as the date for a motions hearing. Defendant respectfully requests the hearing be continued until after November 20, 2007, when the Department will have had an opportunity to either resolve the remaining discovery disputes with Plaintiff, or file motion(s) for protective order.

6. Furthermore, Defendant has expressed its concerns about the vague and inadequate discovery responses it has received from Plaintiff. Although some telephone conversations have

---

[1] On October 24, 2007, Defendant forwarded the attached letter to Plaintiff's counsel, in a final effort to resolve the issue without engaging in additional motions practice. The undersigned was advised that opposing counsel required more time to consider the Defendant's position. Accordingly, if this motion is granted, the Plaintiff will have more time to reflect upon her position and the Court will not be asked to decided yet another motion for protective order. *See* Exh. A, attached herewith.

2

Continuing the November 1, 2007 hearing will allow the parties to either reach an agreement regarding Plaintiff's discovery responses, or if the parties are unsuccessful in their negotiations, an appropriate motion will be filed by November 20, 2007.

7. Granting the continuance will conserve the Court's time and litigation costs because the Court will be able to consider all the discovery issues globally and the parties would save on litigation costs as they would only have to appear for one set of arguments. Additionally, Plaintiff will suffer no prejudice[2] if the continuance is granted because the only substantive issues currently before the Court are (1) where her deposition should be conducted and (2) whether Defendant should be compelled to respond to Plaintiff's 99 Requests for Admissions prior to the due date.

8. Pursuant to Local Rule 7(m), undersigned counsel contacted plaintiff's counsel on the requested relief. Plaintiff's counsel opposes the Department's request for a continuance of the motions hearing. Plaintiff's counsel electronic mail of October 24, 2005 was not definite in its opposition to the requested extension of time, but no consent was given.

WHEREFORE, Defendant requests that this enlargement be granted, and that the date for Defendant's response to Plaintiff's written discovery request be extended to November 20, 2007 and that the November 1, 2007 motions hearing be continued until after November 20, 2007. A proposed order is herewith attached.

---

[2] Via electronic mail dated October 24, 2007, Plaintiff's counsel notified the undersigned of Plaintiff's unfortunate health-related difficulties. Granting the continuance would also allow Plaintiff recovery time, so that she is not placed in the uncomfortable position of having to sit for a two-day deposition, during her recovery.

3

Dated: October 25, 2007.

        Respectfully submitted,

        */s/ Jeffrey A. Taylor*
        JEFFREY A. TAYLOR, D.C. Bar No. 498610
        United States Attorney

        */s/ Rudolph Contreras*
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

        */s/ Mercedeh Momeni*
        MERCEDEH MOMENI
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        Telephone: 202-305-4851

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October, 2007, a copy of the foregoing Motion to Enlarge and for Continuance, and its attachments were filed with the Clerk of the Court and served via the Court's ECF system on Plaintiff's counsel:

Charles W. Day, Jr., Esq.
Myrrel C. Hendricks, Jr., Esq.
Gebhardt & Associates, LLP
1101 17th Street, N.W., Suite 807
Washington, D.C. 20036-4716

/s/ Mercedeh Momeni
MERCEDEH MOMENI
Assistant United States Attorney
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-305-4851