UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-01503 (RJL) |
| DIRK KEMPTHORNE, | ) ECF |
| SECRETARY, | ) |
| U.S. DEPARTMENT OF THE INTERIOR, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

UPON CONSIDERATION OF Defendant's Motion to Enlarge Written Discovery Response Time and to Continue the November 1, 2007, Motions Hearing and the entire record herein, it is this _____ day of _____, 2007,

**ORDERED** that Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall submit its response and/or file its motion for a protective order by November 20, 2007; and it is

**FURTHER ORDERED** that the November 1, 2007 motions hearing be continued until _____, 2007, at _____ ____. m.

_____
UNITED STATES DISTRICT JUDGE