UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.06-1503 (RJL/DAR) |
| v. | ) |
| | ) |
| DIRK KEMPTHORNE, Secretary Department of Interior, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO ENLARGE WRITTEN DISCOVERY RESPONSE TIME AND TO CONTINUE THE NOVEMBER 1, 2007 MOTIONS HEARING**

Plaintiff Stephanie Damadio, by and through her undersigned counsel, hereby files her Opposition to the Defendant's Motion to Enlarge Written Discovery Response Time and To Continue the November 1, 2007 Motions Hearing, and states as follows:

**MOTIONS HEARING SHOULD BE HELD AS SCHEDULED.**

On October 10, 2007, the Court issued an Order setting a Motions Hearing for October 25, 2007 to address discovery disputes that were delaying this case and that needed to be resolved in the current time frame. Counsel for the parties conferred by telephone that same day, and then they contacted the Court by telephone and jointly requested that the Motions Hearing be set for November 1, 2007. Thus, both parties agreed

to November 1, 2007 date for the Motions Hearing.

The Joint Status Report identifies six motions that are pending.[1] USDC Pacer Doc. No. 33. The Defendant's motion to continue does not provide good cause for continuing the Motions Hearing. It is apparent that the parties require the guidance of the Court to resolve the discovery motions and disputes that are pending, so that discovery may proceed. Since discovery is scheduled to end on December 21, 2007, the parties must be provided guidance to break the current discovery deadlock.[2] There being no valid basis for Defendant's motion to continue, it should be denied.

**DEFENDANT'S MOTION TO ENLARGE RESPONSE TIME SHOULD BE CONSIDERED AND RESOLVED AT THE MOTIONS CONFERENCE.**

Defendant's responses to Plaintiff's interrogatories and requests for admission are due on October 30, 2007. Defendant's counsel first raised their need for an enlargement of time with

---

[1] Defendant's request for an enlargement of time to respond to Plaintiff's requests for admissions and interrogatories provides yet another motion to be resolved at the Motions Hearing on November 1, 2007. While Defendant's responses are currently due on October 30, 2007, Plaintiff has no objection to the Court's decision of Defendant's request for enlargement of time at the November 1, 2007 Motions Hearing.

[2] As yet no depositions have been taken, while the location for the depositions and the written discovery are subject to dispute.

Plaintiff's counsel during the afternoon of October 24, 2007. Plaintiff did not consent to Defendant's request for an enlargement of time because Defendant offered no good cause for the enlargement. Moreover, Defendant's motion does not provide any good cause for an enlargement. This is especially true because the Defendant seems to hedge whether it intends to file a motion for a "protective order" or, on the other hand, to answer some of the interrogatories or requests for admission. Defendant has not identified any specific interrogatories of the twenty (20) that were served which requires this additional time.

The Court should stick to the current plan and decide Defendant's request for an enlargement of time at the Motions Hearing on November 1, 2007.

                                    Respectfully submitted,

                                        /s/
                                CHARLES W. DAY, JR.
                                    (DC Bar No. 459820)
                                MYRREL C. HENDRICKS, JR.
                                    (DC Bar No. 291781)
                                GEBHARDT & ASSOCIATES, LLP
                                1101 17th Street, N.W., Suite 807
                                Washington, DC 20036-4716
                                Telephone: (202) 496-0400
                                Facsimile: (202) 496-0404
October 25, 2007              Attorneys for Plaintiff