# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.06-1503 (RJL/DAR) |
| v. | ) |
| | ) |
| DIRK KEMPTHORNE, Secretary | ) |
| Department of Interior, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Upon consideration of the Defendant's Motion to Enlarge Written Discovery Response Time and to Continue the November 1, 2007 Motions Hearing, the Plaintiff's Opposition to Defendant's Motion, and the entire record in this case, it is this _____ day of October 2007,

**ORDERED,** that the Defendant's motion to continue the November 1, 2007 Motions Hearing shall be and hereby is **DENIED;** the Motions Hearing will proceed at 11:00 a.m. on November 1, 2007, and it is,

**ORDERED,** that the Defendant's Motion for an Enlarge Written Discovery Response Time shall be and hereby is **DENIED.**

_____
JUDGE DEBORAH A. ROBINSON