# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO<br>3171 Sudbury Road<br>Cameron Park, CA 95682<br><br>               Plaintiff,<br>    v.<br><br>DIRK KEMPTHORNE,<br>Secretary of the Interior<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-01503 (RJL)<br>)  (DAR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood and remove the appearance of Assistant United States Attorney Mercedeh Momeni as counsel of record for Defendant in the above-captioned case.

Dated: November 27, 2007        Respectfully submitted,

                                          /s/ Christopher B. Harwood
                               CHRISTOPHER B. HARWOOD
                               Assistant United States Attorney
                               555 Fourth St., N.W.
                               Washington, D.C. 20530
                               Phone: (202) 307-0375
                               Fax: (202) 514-8780
                               Christopher.Harwood@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of November, 2007, I caused the foregoing Notice of Substitution of Counsel to be served on Plaintiff's Attorney, **Myrrel C. Hendricks, Jr.**, via the Court's Electronic Case Filing system.

                                                     /s/   Christopher B. Harwood
                                                  CHRISTOPHER B. HARWOOD