## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: 06-01503 (RJL) (DAR) |
| | ) |
| | ) |
| DIRK KEMPTHORNE, | ) |
| Secretary, Department of the Interior, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## JOINT MOTION TO MODIFY THE COURT'S AUGUST 8, 2007
## SCHEDULING ORDER

Under the Court's August 8, 2007 Scheduling Order, "the deadline for proponent's Rule 26(a)(2) expert report [was] October 31, 2007"; "the deadline for opponent's expert report [was] November 30, 2007"; "the close of discovery on liability [is] December 21, 2007"; and "dispositive motions shall be due by January 30, 2008." Pursuant to Fed. R. Civ. P. 6(b), the parties respectfully move the Court to modify the August 8, 2007 Scheduling Order so that (1) the deadline for Plaintiff to serve her expert report on liability is December 28, 2007; (2) the deadline for Defendant to serve its expert report on liability is February 15, 2008; (3) the close of discovery on liability is February 29, 2008; and (4) dispositive motions must be filed by March 31, 2008 (oppositions and cross motions must be filed by April 30, 2008, and replies must be filed by May 21, 2008). The parties do not wish to otherwise modify the August 8, 2007 Scheduling Order.

There is good cause to grant this Motion. Soon after the Court entered the August 8, 2007 Scheduling Order, the parties became involved in a number of discovery-related disputes. Those disputes were resolved by the Court on November 1, 2007. Since that time, the parties

have been working together to complete document and deposition discovery, but require additional time to do so. In addition, this case was recently reassigned to a new Assistant United States Attorney, Christopher B. Harwood, who requires additional time to familiarize himself with the case and finish conducting discovery on behalf of his client. The parties have not previously requested any extensions to the above deadlines.

For the foregoing reasons, the parties jointly request that the Court grant this motion and extend future deadlines as follows to allow the parties to complete discovery:

| Event | Proposed Deadline |
|-------|-------------------|
| Deadline for Plaintiff to serve her expert report on liability | December 28, 2007 |
| Deadline for Defendant to serve its expert report on liability | February 15, 2008 |
| Close of discovery on liability | February 29, 2008 |
| Deadline for dispositive motions | March 31, 2008 |
| Deadline for oppositions and cross motions on dispositive motions | April 30, 2008 |
| Deadline for replies on dispositive motions | May 21, 2008 |

Dated: December __, 2007                    Respectfully Submitted,

       /s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


       /s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


       /s/
_____
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372
Christopher.Harwood@usdoj.gov

*Attorneys for Defendant*

Dated: December ___, 2007                    Respectfully Submitted,

                                             _____/s/_____
                                             MYRREL C. HENDRICKS, JR, D.C. BAR # 291781
                                             GERHARDT & ASSOCIATES, LLP
                                             1101 17th Street, N.W.
                                             Suite 607
                                             Washington, D.C. 20036
                                             (202) 496-0400

                                             *Attorneys for Plaintiff*