# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No: 06-01503 (RJL) (DAR) |
| | ) |
| DIRK KEMPTHORNE, | ) |
|     Secretary, Department of the Interior, | ) |
| | ) |
|         Defendant. | ) |

## SCHEDULING ORDER

UPON CONSIDERATION of the parties' Joint Motion to Modify the Court's August 8, 2007 Scheduling Order, it is hereby this _____ day of December, 2007, ORDERED that:

1. the deadline for Plaintiff to serve her expert report on liability is December 28, 2007;

2. the deadline for Defendant to serve its expert report on liability is February 15, 2008;

3. the close of discovery on liability is February 29, 2008;

4. dispositive motions must be filed by March 31, 2008;

5. oppositions and cross motions to any dispositive motions must be filed by April 30, 2008;

6. replies on any dispositive motions must be filed by May 21, 2008; and

7. all other deadlines set forth in the Court's August 8, 2007 Order (including the January 15, 2008 deadline for joining additional parties or amending the pleadings, and the requirement that damages discovery must be completed within three months of the Court's ruling on Defendant's dispositive motion) remain in effect.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE