UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: 06-1503 (RJL) |
| | ) |
| DIRK KEMPTHORNE, | ) |
| Secretary, Department of the Interior, | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION TO EXTEND DISCOVERY PERIOD AND
REFER THIS ACTION FOR MEDIATION**

Pursuant to Fed. R. Civ. P. 6(b), the parties respectfully move this Court to extend the end date for discovery in this case (on matters of liability) by two months to April 30, 2008, and to modify the current discovery schedule so that (1) the deadline for Plaintiff to serve her expert report on liability is February 8, 2008; (2) the deadline for Defendant to serve its expert report on liability is March 31, 2008; and (3) the end date for discovery on matters of liability is April 30, 2008. The parties further request that following the close of discovery, the Court refer this matter for mediation for a period of approximately sixty days. If mediation is unsuccessful, dispositive motions must be filed within thirty days of the close of the mediation period (oppositions must be filed thirty days after dispositive motions are filed, and replies must be filed twenty-one days after oppositions are filed).

There is good cause to grant this Motion. Due to scheduling conflicts, the deposition of Plaintiff (who is traveling from California to Washington for her deposition) has been moved from February 2008 to April 2008. In addition, the parties anticipate needing more time to complete document discovery, review the materials produced during document discovery and

then schedule and conduct any additional depositions. This is the second extension to the discovery period that the parties have requested. The parties do not anticipate needing any additional extensions to the discovery period.

The parties believe that mediation following the close of discovery would be productive, and would like to pursue such mediation.

For the foregoing reasons, the parties jointly request that the Court grant this motion to extend the discovery period and refer this action for mediation. A proposed order consistent with this motion is attached hereto.

Dated: February 6, 2008                    Respectfully Submitted,

                                                    /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                    /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                                    /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372
Christopher.Harwood@usdoj.gov

*Attorneys for Defendant*

Dated: February 6, 2008                    Respectfully Submitted,

                                                                      /s/  
MYRREL C. HENDRICKS, JR, D.C. BAR # 291781  
GERHARDT & ASSOCIATES, LLP  
1101 17th Street, N.W.  
Suite 607  
Washington, D.C. 20036  
(202) 496-0400  

*Attorneys for Plaintiff*