## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: 06-01503 (RJL) |
| | ) |
| DIRK KEMPTHORNE, | ) |
| Secretary, Department of the Interior, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the parties' Joint Motion to Extend the Discovery Period and Refer this Action for Mediation, it is, this _____ day of _____, 2008, hereby ORDERED that:

1. the deadline for Plaintiff to serve her expert report on liability is February 8, 2008;

2. the deadline for Defendant to serve its expert report on liability is March 31, 2008;

3. the close of discovery on liability is April 30, 2008;

4. following the close of discovery, this matter will be referred for mediation for a period of approximately sixty days; and

5. if mediation is unsuccessful, dispositive motions must be filed within thirty days of the close of the mediation period (oppositions must be filed thirty days after dispositive motions are filed, and replies must be filed twenty-one days after oppositions are filed).

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF counsel