**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STEPHANIE DAMADIO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>DIRK KEMPTHORNE, )<br>   Secretary, Department of the Interior, )<br>)<br>Defendant. )<br>_____) | Civil Action No: 06-1503 (RJL) (DAR) |

## JOINT MOTION TO EXTEND DISCOVERY PERIOD

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the parties respectfully move this Court to extend the end date for discovery in this case to June 13, 2008, and to modify the current schedule so that (1) following the close of discovery, this matter will be referred to mediation for a period of approximately 60 days, until August 18, 2008; and (2) if mediation is unsuccessful, dispositive motions will be due by September 19, 2008 (oppositions will be due thirty days after dispositive motions are filed, and replies will be due twenty-one days after oppositions are filed).

There is good cause to grant this Motion. The parties have been diligent in pursuing discovery. Indeed, they have finished conducting deposition discovery. There are, however, a few matters relating to document discovery that remain outstanding. The parties are hopeful that they can resolve these matters without the need for motion practice or other Court intervention, but require additional time to meet and confer and discuss and evaluate their respective positions. Thus, the parties request that the Court extend the end date for discovery in this case to June 13, 2008 so that they may meet and confer with respect to, and attempt to amicably resolve, the issues regarding document discovery that have been raised to date.

For the foregoing reasons, the parties jointly request that the Court grant this motion to extend the discovery period. A proposed order consistent with this motion is attached hereto.

Dated: April 28, 2008　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. BAR # 498610
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR # 434122
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　CHRISTOPHER B. HARWOOD
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　U.S. Attorney's Office for the District of Columbia
　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　(202) 307-0372
　　　　　　　　　　　　　　　　　　Christopher.Harwood@usdoj.gov

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

Dated: April 28, 2008                    Respectfully Submitted,

                                                          /s/
                                    MYRREL C. HENDRICKS, JR, D.C. BAR # 291781
                                    GERHARDT & ASSOCIATES, LLP
                                    1101 17th Street, N.W.
                                    Suite 607
                                    Washington, D.C. 20036
                                    (202) 496-0400

                                    *Attorneys for Plaintiff*