**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STEPHANIE DAMADIO, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: 06-01503 (RJL) (DAR) |
| | ) |
| DIRK KEMPTHORNE, | ) |
|   Secretary, Department of the Interior, | ) |
| | ) |
|       Defendant. | ) |

**ORDER**

Upon consideration of the parties' Joint Motion to Extend Discovery Period (the "Joint Motion"), it is this _____ day of _____, 2008,

ORDERED that the Joint Motion is GRANTED, and it is

FURTHER ORDERED that

1. the close of discovery on liability is June 13, 2008,

2. following the close of discovery, this matter will be referred for mediation until August 18, 2008, and

3. if mediation is unsuccessful, dispositive motions will be due by September 19, 2008 (oppositions will be due thirty days after dispositive motions are filed, and replies will be due twenty-one days after oppositions are filed).

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF counsel