UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO,<br><br>    Plaintiff,<br><br>  v.<br><br>DIRK KEMPTHORNE,<br>   Secretary, Department of the Interior,<br><br>    Defendant. | Civil Action No. 06-1503<br>RJL/DAR |

## ORDER REFERRING CIVIL ACTION
## FOR MEDIATION

**ORDERED** that this action is referred to the Circuit Executive for mediation to commence on May 26, 2008, and conclude by July 18, 2008; and it is

**FURTHER ORDERED** that the parties and their counsel attend all mediation sessions; and it is

**FURTHER ORDERED** that counsel shall jointly contact the Circuit Executive to schedule the initial mediation session; and it is

**FURTHER ORDERED** that the Clerk of the Court shall furnish the Circuit Executive with a copy of this Order.

April 30, 2008

/s/
DEBORAH A. ROBINSON
United States Magistrate Judge