# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 06-1503 (RJL) (DAR) |
| ) | |
| ) | |
| DIRK KEMPTHORNE, ) | |
| Secretary, Department of the Interior, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## JOINT MOTION TO EXTEND MEDIATION PERIOD

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the parties respectfully move this Court to extend the end date for mediation in this case to August 8, 2008. The mediation period is currently set to close on July 18, 2008. There is good cause to grant this Motion. The parties have been diligent in pursuing mediation[1] and, in the last week, have reached a point where a settlement of this case is a realistic possibility. However, the settlement that the parties have been discussing for the last week has multiple aspects to it (and includes both monetary and non-monetary relief), and as a result, the parties require additional time to further pursue the possibility of settlement. The parties anticipate that by August 8, 2008, they will know whether a settlement along the lines of what they have been discussing can be reached.

For the foregoing reasons, the parties jointly and respectfully request that the Court grant this motion to extend the mediation period to August 8, 2008. If the Court were to grant this motion, the parties would by August 8, 2008, file a joint report addressing whether they were

---

[1] On June 24, 2008, representatives for the parties met in-person with a Court-appointed mediator and, since that time, counsel for the parties have been communicating by telephone and email regarding the possibility of settlement.

able to agree to a settlement of this case. A proposed order consistent with this motion is attached hereto.

Dated: July 17, 2008                    Respectfully Submitted,

                                        _____/s/_____
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney

                                        _____/s/_____
                                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                                        Assistant United States Attorney

                                        _____/s/_____
                                        CHRISTOPHER B. HARWOOD
                                        Assistant United States Attorney
                                        U.S. Attorney's Office for the District of Columbia
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 307-0372
                                        Christopher.Harwood@usdoj.gov

                                        *Attorneys for Defendant*

Dated: July 17, 2008                    Respectfully Submitted,

                                        _____/s/_____
                                        MYRREL C. HENDRICKS, JR, D.C. BAR # 291781
                                        GERHARDT & ASSOCIATES, LLP
                                        1101 17th Street, N.W.
                                        Suite 607
                                        Washington, D.C. 20036
                                        (202) 496-0400

                                        *Attorneys for Plaintiff*