UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.    ) | Civil Action No: 06-1503 (RJL) (DAR) |
| ) | |
| ) | |
| DIRK KEMPTHORNE, ) | |
| Secretary, Department of the Interior, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**JOINT MOTION TO EXTEND MEDIATION PERIOD AND ADJOURN DEADLINE FOR DISPOSITIVE MOTIONS SO PARTIES CAN MEMORIALIZE SETTLEMENT AGREEMENT**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the parties respectfully move this Court to extend the end date for mediation in this case by an additional 30 days, to September 8, 2008. The mediation period is currently set to close on August 8, 2008. There is good cause to grant this Motion. The parties have been diligent in pursuing settlement, and last Friday, August 1, 2008, they reached an agreement in principle to settle this case. However, the settlement that the parties have agreed to in principle has multiple aspects to it (and includes both monetary and non-monetary relief), and as a result, the parties require additional time to memorialize their settlement. The parties anticipate that by September 8, 2008, they will be in a position to file a stipulation of settlement and dismissal. Given that the parties have agreed to a settlement in principle and will now be working to memorialize their settlement, the parties also respectfully request that this Court indefinitely adjourn the September 5, 2008 deadline for dispositive motions.

For the foregoing reasons, the parties jointly and respectfully request that the Court grant this motion to extend the mediation period to September 8, 2008 and adjourn the September 5, 2008 deadline for dispositive motions. A proposed order consistent with this motion is attached hereto.

Dated: August 5, 2008                               Respectfully Submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372
Christopher.Harwood@usdoj.gov

*Attorneys for Defendant*

Dated: August 5, 2008								Respectfully Submitted,

<div style="margin-left:auto">

     /s/
_____
MYRREL C. HENDRICKS, JR, D.C. BAR # 291781
GERHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 607
Washington, D.C. 20036
(202) 496-0400

*Attorneys for Plaintiff*

</div>