**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STEPHANIE DAMADIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: 06-01503 (RJL) (DAR) |
| | ) |
| | ) |
| DIRK KEMPTHORNE, | ) |
| Secretary, Department of the Interior, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## **ORDER**

Upon consideration of the parties' Joint Motion to Extend Mediation Period and Adjourn Deadline for Dispositive Motions So Parties Can Memorialize Settlement Agreement (the "Joint Motion"), it is this _____ day of _____, 2008,

ORDERED that the Joint Motion is GRANTED, and it is

FURTHER ORDERED that the end date for mediation in this case is extended to September 8, 2008, and it is

FURTHER ORDERED that the September 5, 2008 deadline for dispositive motions is adjourned indefinitely.

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE

Copy to:  ECF counsel