UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DAMADIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 06-1503 (RJL) (DAR) |
| ) | |
| ) | |
| DIRK KEMPTHORNE, ) | |
| Secretary, Department of the Interior, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**JOINT MOTION TO EXTEND MEDIATION PERIOD SO PARTIES CAN MEMORIALIZE SETTLEMENT AGREEMENT**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the parties respectfully move this Court to extend the end date for mediation in this case by an additional 21 days, to October 1, 2008. The mediation period is currently set to close today, September 8, 2008. There is good cause to grant this Motion. The parties have been diligent in pursuing settlement. On August 1, 2008, the parties reached an agreement in principle to settle this case. Thereafter, counsel for Defendant worked diligently to reduce the agreement that the parties had reached in principle to writing. Because the agreement has multiple aspects to it (and includes both monetary and non-monetary relief), reducing the agreement to writing was a time-consuming process. On August 22, 2008, counsel for Defendant sent counsel for Plaintiff a draft settlement agreement. Since that date, counsel for both parties have been working together to finalize the agreement. Although two issues have recently arisen with respect to the parties' agreement, the parties anticipate that they will be able to resolve those issues, finalize a settlement and file a stipulation of settlement and dismissal by October 1, 2008.

For the foregoing reasons, the parties jointly and respectfully request that this Court grant this motion to extend the mediation period to October 1, 2008. A proposed order consistent with this motion is attached hereto.

Dated: September 8, 2008                    Respectfully Submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372
Christopher.Harwood@usdoj.gov

*Attorneys for Defendant*

Dated: September 8, 2008                Respectfully Submitted,

_____/s/_____
MYRREL C. HENDRICKS, JR, D.C. BAR # 291781
GERHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 607
Washington, D.C. 20036
(202) 496-0400

*Attorneys for Plaintiff*