**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STEPHANIE DAMADIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: 06-01503 (RJL) (DAR) |
| | ) |
| DIRK KEMPTHORNE, | ) |
| Secretary, Department of the Interior, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the parties' Joint Motion to Extend Mediation Period So Parties Can Memorialize Settlement Agreement (the "Joint Motion"), it is this _____ day of

_____, 2008,

ORDERED that the Joint Motion is GRANTED, and it is

FURTHER ORDERED that the end date for mediation in this case is extended to October 1, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF counsel